IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DAVID JARRELL GAUSE,<br><br>    *Defendant.* | CRIMINAL ACTION NO.<br>5:21-cr-00010-TES-CHW-1 |

**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL IN THE INTEREST OF JUSTICE**

Before the Court is the Defendant's Unopposed Motion to Continue Trial in the Interests of Justice [Doc. 38]. On February 10, 2021, the Grand Jury charged Defendant David Jarrell Gause with one count of Possession With Intent to Distribute Methamphetamine in violation of 21 U.S.C. § 841(a), (b)(1)(C). [Doc. 1, p. 1]. Defendant entered a plea of not guilty on April 6, 2021. [Doc. 14].

In his motion, Defendant states that additional time is necessary "to discuss the possibility of trial" and for Defendant to "consider his options." [Doc. 38, p. 2]. The Government does not oppose the requested continuance. [*Id.*].

Consistent with Defendant's request, the Court **GRANTS** Defendant's Unopposed Motion to Continue Trial in the Interests of Justice [Doc. 38] and **CONTINUES** this case to the Court's next regularly scheduled Trial Term—February 7, 2022. The ends of justice served by granting this continuance outweigh the best interests

of the public and Defendant for a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

    **SO ORDERED**, this 17th day of November, 2021.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
